Allen ADELMAN and Anita Adelman H/W, Petitioners,

v.

Giovanni CONIGLIARO and Josephine Mannino and Rent–A–Car, Respondents.

Supreme Court of Pennsylvania.

Feb. 16, 1999.

### *ORDER*

PER CURIAM:

**AND NOW**, this 16th day of February 1999, the Petition for Allowance of Appeal is GRANTED, the order of the Superior Court is REVERSED, and this matter is RE-MANDED to the Superior Court for disposition consistent with this Court's decision in *Washington v. Baxter*, 719 A.2d 733 (Pa. 1998).